May it please this honorable court, Jim Campbell on behalf of Byron David. This case is a question of law arising directly from the bankruptcy code and the bankruptcy rules. The question of law is whether or not someone who formerly held the office of trustee may after his office is terminated apply to retain professionals, in this instance his law firm, when he no longer holds that office. The beginning and end of this case is 11 U.S.C. 327. That's the section of the bankruptcy code that articulates the fact that certain professionals including attorneys must get court approval to be retained. Bankruptcy rule 2014 confirms that it requires an order of the bankruptcy court before such a professional can be employed. It can be only made by a trustee or a committee. Chapter 11 cases, of course, debtors in the possession sometimes also have counsel. In the pained history of this case, it started out as a Chapter 7. The most significant creditor filed a complaint against discharge. The case was converted to Chapter 11 so that the debtor could challenge the underlying claim. I think we understand that. I just wanted to try to get the facts straight here. As I understand it, this law firm is not seeking fees for Chapter 13 work? Correct. The law firm is seeking the fees for the Chapter 11 work? Correct. While in Chapter 7, Mr. King had his firm employed. Upon conversion under 11 U.S.C. 848E, your office terminates. He then was appointed as Chapter 11 trustee. The case remained in Chapter 11 for 13 months where the principal activity between the debtor and the primary creditor was litigating that one claim. During that 13 month period, he did not seek application, did not file an application to employ counsel at any time, not a single moment. When there was a success in the claim challenge and the amount of the debt dropped beneath the Chapter 13 debt limit, the debtor, one claim was sustained, the others were overruled. Was there any attempt here to hide the ball from the court as to what kind of work the firm was doing? No, I don't believe there's any bad faith attempt to hide the ball. So the court was aware that the firm was? Correct. Retention of counsel happens literally, Your Honor, in every Chapter 13 proceeding. It's routine, the case law is clear, the lines are bright that in order to be a professional in a Chapter 11 case, you have to be approved by the court. It's not a difficult bar to climb. It didn't climb it at all. So counsel, what's the, looking at 327 where you say the case begins and ends, it uses the term the trustee. And the way you read that, I think, is that it refers to the trustee at the time the approval is sought for the retention of the law firm. Well, it's the trustee in the case that is then pending. Okay, I got that. Now, of course, it doesn't say that. It doesn't have that qualifying language, the trustee in the case that is then pending. Maybe you think that's obvious and maybe it is. But why could you not read the trustee to mean the trustee at the time the work is done? Because first of all, in this instance, there was an approval during the Chapter 7 case. Under 11348E, clearly that office terminates. The United States Supreme Court has held in the case of the Western District that, and this is the Lamey versus U.S. trustee case, concludes that when the status, when the case ends, it also terminates the petitioner's attributes. I got you. I mean, wipe seven off the books. Imagine it never happened. Correct. And we, let me finish my question please. What I'm trying to get you to explain to me is from a pure reading of the statute standpoint, why is it necessary for the trustee to be the trustee at the time the case is pending as opposed to the trustee at the time the work was done or the firm was retained? The issue isn't the status of trustee. The issue is that to employ a professional, you He only sought to employ a professional four months and 22 days after his status as trustee was terminated. Now the first time he sought his fee, the bankruptcy judge says, no, you've never applied to employ professionals. I'm denying your application but let you have another go at it. And then for the first time, four months and 22 days after his status was terminated, after it was converted to 13, was the first time that he applied for permission to hire counsel. The trustee of the chapter 11 phase is the same trustee as the trustee in the chapter 7 phase. Same human being, no question about that. Same person and they're working, even after the conversion, they're still working for the same trustee who is a trustee in both the chapter 11 and the chapter 7 phases. But they're independently different trustees. So trustees are appointed in every case in chapter 7. They're rare in chapter 11. It was the same trustee. Same human being but they can't avoid the impact of 11 U.S.C. 348E that says when a the office of trustee in the first case is terminated. But are those statutes directed at a law firm that's doing the work or are the statutes directed at the trustee and the examiner? Well, 348E is directed at the trustee and it's clear that that office terminates at conversion. What about the firm that's doing work of a trustee because it would seem to me that there would be an advantage to some continuity even though the bankruptcy code has conversions. And it seemed to me to be some advantage that at the chapter 11 phase of having a law firm that had familiarity with the assets in the estate and the claims for priority and everything at the chapter 7 phase. So I'm wondering if it wouldn't assist the efficient work in a bankruptcy proceeding not to erect some bar to say, well, no, we need a new law firm and because you didn't dot every I and cross every T perhaps, this law firm that worked on the chapter 7 phase and the chapter 11 phase doesn't get paid. One of the questions I have here and it was just an intuitive reaction was these folks did the work. Why shouldn't they be paid? They're not asking for an exorbitant sum. They're not asking for money for something they didn't perform. There's no question here that they were honest with the court. There's no question here that they did the work for the trustee in the chapter 11 phase who is the same trustee as in the chapter 7 phase. I mean, there's no fee shifting statute or anything. We normally let district judges and bankruptcy judges have some discretion as to attorney's fees because their fingers are on the pulse of it in a way that ours are not. Both the district court and the bankruptcy court didn't have a problem with it. You know, I'm an old-fashioned person and where I come from is somebody did the work, maybe they should be paid for doing the work. Now, you might convince me that Congress didn't intend that, but you might be erecting a lot of different hoops to a simple solution here, which is that you do the work, you get the compensation. If I may, Your Honor, the simple solution is to abide by the mandate of Congress because there can be no question under 348 that when the case converts, it's a brand-new case. It's a do-over. It's a start-over. The process, yes, I agree, it's efficient to have the same lawyers involved. But Congress says that when the case converts, that office that has the right to hire that counsel that did so in the 7, that's over. That's terminated. The 11 is a new case to engage counsel. Counsel, I keep going back to this question and maybe you're answering it and I'm not understanding it. But I don't understand why necessarily the trustee must mean the current trustee and not the trustee at the time the work was done. Because you want to go, it sounds to me like not based on equity or fairness or anything, but a very strict reading of the statute. Maybe that's right. But it seems like you have to have the statute right to do that. And it seems like you, and maybe you do. I think there's a fair argument that you do. But I also wonder why you can't read the statute to say the trustee at the time the work was done, particularly because in order to get paid, there's a hearing where everyone's interests get to be considered. So if there's some abusive conduct that happens, like work that doesn't benefit the state, you still get to raise those sort of issues. And in fact, you don't raise them here. So why does the statute read in the trustee at the time the application is made versus the trustee at the time the work was done? Because the distinction here is that once the Chapter 7 was converted, that office where he engaged counsel with the approval of the court ended. The fact that he later became a trustee in a different chapter after being appointed by the United States Trustee's Office, it's a new office, new proceeding altogether. And it's not a question of equity. It's a question of the plain language of the Bankruptcy Code. It's Section 348E. And then on top of that, it's Section 2014 of the Bankruptcy Rules of Procedure. So why? I confess I'm struggling a little bit to understand your answer. I thought your answer would instead simply say that when you read 327A, it refers to the subject being the trustee. And it says what the trustee may do, like may employ somebody. That's not they may have employed. It's not past tense. But they may employ somebody. But to do that, they have to do what? Get the court's approval. That is correct. That all of that is present tense. And so if we think somebody who was a Chapter 11 trustee, after the Chapter 11 trustee is finished, nobody would read that language to suggest the trustee can then hire an attorney now that they're no longer the Chapter 11 trustee. And that's precisely... But that's the answer I think what you're trying to get to is we don't have to look at 348 or anywhere else, but the plain reading of the text is the trustee may do something. What is it that they may do? They may employ somebody. That's the action. But that action has to take place while they're the trustee because we couldn't imagine a former trustee hiring a firm because they're no longer the trustee at that point. And that's in essence of exactly what happened. He sought permission for the first time after he was no longer the trustee. Thank you very much. I'll reserve the remainder of my time for rebuttal. Good morning, Your Honor. Alexander M. Laughlin on behalf of the former trustee, Donald F. King. Your Honor, the court has identified there's nothing in 348 that terminates the office of counsel to the trustee, and there were no fictions created here. Wait, I'm sorry. Say that again. You say 348 doesn't terminate the trustee? Trustee's counsel, Your Honor. But if the trustee doesn't exist, he can't have counsel. There's not a phantom-like story, right? Correct, Your Honor. Like, absent a client, you don't have, right? I mean, you're a lawyer to a client. So if the client ceases to exist, you're no longer the ceased-to-exist lawyer. But the district court's order that affirmed the Tempter 2222 order that allowed the former trustee to make the application out of time revealed that everyone knew that this work was being done. Oh, but that's a totally separate argument, right? So that's to change the subject. Totally fine. But, like, you said 348 doesn't terminate the firm, right? And that seems to me to be demonstrably false, right? You cannot have a law firm representing a nonexistent entity, right? So if your client died, you would no longer represent the dead client. You would represent the new entity, the estate of your client, right? So when the trustee is terminated under 348, right, the law firm is no longer the lawyer. Like, that's what 348 tells us. Yes, Your Honor. But upon conversion, the trustee was ordered by the bankruptcy court to do certain acts to process it. Totally fair, right? But that's a separate argument. And this goes to the nilpotent argument of whether or not that was the case. Before you get to that argument, though, can you respond to Judge Kotelbaum's question and maybe my friendly amendment to it or maybe not so friendly as it might be? Why is it, in your view, that we read trustee in 327A, just reading the, like, plain meaning of the text here, that it applies to a former trustee, right? I mean, that's really what you're saying is that a former trustee or, in Judge Kotelbaum's phrase, so long as you were a trustee when the work was done, trustee, which I think is another way of saying former, that that falls within the text of the statute. Because there's no temporal requirement in that statute, Your Honor, other than the sunsetting of the employment of the examiner or the trustee. And in this situation, the trustee was holding 100 percent. May employee, right? May employ. Which he did after the fact. And that's the issue before the court today is whether or not that was an abuse of discretion for Judge Kindred to allow the filing of the application to employ after the office had terminated. And she went through an analysis of the tidewater factors and found that there was no prejudice to the estate. Yeah, but the trouble with that, I mean, so, yeah, you've kind of, I don't mean in a bad way, but you've already addressed, like, three arguments here. And I think right now I'm just trying to get, I think Judge Richardson's question talks about the statutory argument alone. I know you have an argument that, you know, that 348 doesn't terminate the attorney. You can make that argument. I think you've got an argument that you've got court order says to do some stuff. That's a separate argument. But at some point there's an actual statutory interpretation argument of does 327, you know, shut you out, basically. And if you're going to look at that issue alone, it seems to me you've got to make the argument that the trustee means the trustee, even if it's former, at the time the work was done. And is it your position that that's what 327 reads? Yes, Your Honor. So that means, let's assume this was this Chapter 13 case went on. Don't they go on for, like, five years or something? Plans can be confirmed over a 60-month period, yes, Your Honor. So in year four of the Chapter 13 case, you could kind of come up and say, hey, I'm trustee. You know, I was trustee back, you know, five years ago during Chapter 7. I got this $40,000 bill. I got a first one to employ the lawyer, and I want to get them paid. You think the statute permits that? No, I don't, Your Honor. But this came forward on the approval of the employment of application for fees and expenses. And this issue as to the 327 barrier was raised after the fact. So you think if it is the last order, well, it actually didn't. The request for fees might have come as a result of that order that terminated and asked for a final accounting. But nothing in there said, and go ahead and employ any counsel that you haven't been employed. No, it didn't, Your Honor. But the point is the timeline here is not the four years into a five-year plan. Yeah, I got you. But if your argument is it can be former, why is it my hypothetical something that falls under the way you're now reading the statute? I think you have a latches argument there, Your Honor. So it's okay, but equity may come in and stop it? Agreed. And to the extent bankruptcy has that as backbone equity jurisprudence, and we all understand the rulings on the 105 and that you can't use equity to find something that doesn't exist in the statute. But here the issue was the propriety of Judge Kindred's decision to allow the firm to file its application to employ counsel after that Chapter 11 status had terminated. Were they still employed at that point? So when they filed the application, was the law firm still doing work on this estate? Your Honor, we were closing out the estate and trying to get to a point where we couldn't turn over the $100,000 to the Chapter 13 trustee. So your position is, yes, at that time, so after the trustee had been terminated, the firm was continuing to do work? Absolutely, Your Honor. We had obligations to the court and to the creditor body, but none of these fees that are in question today involve that time period. The fees that are sought are only in the narrow period between the Chapter 7 and the Chapter 11. But your point there is they were employed then as Chapter 13 lawyers. No, at that point, Your Honor, we were employed, executing our obligations as a former Chapter 11 trustee to close out the Chapter 11 estate. And nothing before this court, the arguments on bankruptcy 2014 and the application, Mr. King was employed, all the disclosures were made, and no issues were raised as to the proprieties of those. Opposing counsel endorsed six orders with the former Chapter 11 trustees on it while he, quote, was not employed at the time, formally under 327. So the idea that Judge Kindred or Judge Giles could not conclude as a factual matter that there was no prejudice to the allowance of the Oh, I totally get there's no prejudice, right? But that's just to make an equity argument, right? Like, that's to say the equity argument here is a strong one. And I might totally agree with that. The challenge is that, like, equity doesn't write the statute out. This is your 105 point, right? And so when we try to talk about the statute, you want to go back to equity, and I totally get why you want to do that. But will you just give me an explanation as best you can as to how we read 327A to include a former trustee? The former trustee, you cannot read it to include a former trustee. The question is whether or not a former trustee, upon conversion to Chapter 13, had continuing duties to the court and the estate. And he did, and it was ordered to do so and executed on those. But you agree it cannot be read to be a former trustee? It has to be a current trustee? Not necessarily, Your Honor. The question is who was the trustee? Mr. King was a trustee in Chapter 7. Well, he still, like, if we were to describe, if I was writing a book about this case, right? I would write the book, and I would say the Chapter 11 trustee was Mr. King. Nobody else was ever the Chapter 11 trustee. He is the trustee. And yet the code doesn't seem to treat that in the same way, right? Take as an example, you know, the code says the trustee can sue and be sued, right? But nobody would think, I suspect, that Mr. King could file suit on behalf of the estate today. That's correct, Your Honor. Because even though it says the trustee may sue and be sued, we recognize that when the statute loses that language, it doesn't mean somebody who once was the Chapter 11 trustee. It means someone who is actively engaged in the Chapter 11 process. But Mr. King could still be sued today as a former trustee. A complaint could be brought. You'd have to go through the Barton Doctrine to get there. But just because he's a former trustee doesn't mean he's not exposed to claims for malfeasance. Right. For his malfeasance. But he can't sue on behalf of the estate. Agreed. So maybe I'm understanding something. I want to make sure I understood the answer there. Is your argument textually that the former trustee can't retain, but if you are ordered to do cleanup stuff in a conversion order, then you have some authority? Yes, Your Honor. And it's important to note that none of the fees on remand, Judge Kindred, constricted the time frame for only the phase of Chapter 11 phase of the case. So you have an order of a court to do these cleanup things. And it sounds like now you're saying that the trustee in 327A doesn't include former trustees except maybe for these cleanup items? One of the cleanup items was to Is that your answer? Yes, Your Honor. Okay. So you're saying now it's the order that terminates the Chapter 11 proceeding and converts it to 13, that that more so than the text of 327 is your authority? No, Your Honor. Only as it relates to the discretion of Judge Kindred to allow the application out of time. That would be the nuanced argument there, Your Honor. I don't understand that argument. Say that one more time. To the extent Because if it's out of time, how, under what authority? I didn't follow that. Just say it one more time. On the straight calendar analysis, the application was out of time. But the order converting the Chapter 11 case ordered the trustee to do certain acts, one of which was to address the administrative claims and make an application for compensation, predicate which was employment under 327, which the trustee did after that. So that would help you, it seems like to me, if what you were seeking were the fees. If he then said, I need a lawyer to help me do those cleanup items, and I want those fees, right, the sort of fees after the Chapter 11, maybe that helps you, but why does that allow you to file, to employ, right, which you plainly did not get permission for from a textual argument. I understand you're not part of the argument. But at the time, it doesn't see how that order saying you have to do these cleanup items allows you to file and say I'm the trustee and I may employ back in the Chapter 11 proceeding. It just seems like you're trying to transpose back in time. And that's the no-protunk argument. I understand why that's your argument and it's tough, but I get it. But how does this help you here? Well, I don't think we would ever seek approval for fees that would have been incurred as part of the wind-down and wrap-up pursuant to the order converting the case to Chapter 11. What happened here was both Judge Kindred and Judge Giles concluded that the Chapter 11 trustee was employed during the Chapter 11 phase. And there were findings of fact made to that that everybody understood that and that Mr. David's counsel engaged the trustee on that. So to the extent that the argument... He was employed, so your position is the law firm was employed during the Chapter 11 proceeding. No-protunk for the retroactive order, yes, Your Honor. The calendar is not favorable to us, Your Honor. The real question before the court, and we don't agree as to the standard of review here, the real question before the court was whether or not Judge Kindred abused her discretion to allow this. That's what I'm saying here. As I understand it, and maybe I don't understand it, but as I understand it, I'm going to go back to a point Judge Quattlebaum made earlier about allowing the trustee at the time that the work was done. And what you're seeking here is attorney's fees for work for the Chapter 11 trustee at the time while he was trustee of the Chapter 11 proceedings. Is that correct? Correct, Your Honor. Okay, and then you say, well, if all they're seeking are attorney's fees for work that they undisputably have done, that the court was aware that they had done, they were up front with the court, and they were seeking attorney's fees for the Chapter 11 trustee while he was trustee. Okay, and what you're saying is that the code does not prevent that, and the code does not deprive the District Court of discretion to award fees for that kind of work. Nowhere in the code would you find that it strips the District Court of discretion to deny attorney's fees for work that they've done before the District Court for a trustee while he was trustee. And, you know, time after time, the courts have referred to the bankruptcy code as it does, you know, have perhaps more of an equitable component than maybe some other fields of law. But you read the bankruptcy cases, and they talk about the need to do justice, and they talk about the nature of the bankruptcy code. And what you're saying is that there's an abuse of discretion here, and you would have to find something that deprived the District Court of the discretion to even award attorney's fees for a proceeding that was before him at a time that they were working for a trustee in a Chapter 11 proceeding where it was clear he was the trustee. I mean, that's sort of what I'm thinking about it, and that is that there's an abuse of discretion component to this that allows a District Court to do this or a bankruptcy court to do this, and it would be maybe a pretty significant step to say that a bankruptcy court lacked this kind of authority. There's no bad faith here as far as I can understand it. As far as I read the record, the law firm was up front with the court, and the court knew what was going on, and there was no dispute that the law firm did the work. And so tell me if my perspective needs correction in some way. Maybe it does. No, Your Honor, and the court is aware the fees have been paid. At one part of this case, they were seeking disgorgement, and there was no effort made to stay the disbursement of those fees pending the appeal. Ultimately, Mr. Davis should have appealed the order allowing the firm to make this application. He didn't do that. I mean, when Judge Kindred ordered that on her corrected September 30th order, that was no appeal there, Your Honor. I see I'm running out of time. We don't think that there was any abuse of discretion, and the Tidewater family Well, we rely on District Courts and bankruptcy courts to ride herd on this kind of thing, and if the request is in some way missing or if the request is for an exorbitant amount or what have you, we rely on our District Courts and bankruptcy courts to ride herd on just that kind of thing. Or if there was no viable or justifiable reason for the delay in not seeking the employment of the Chapter 11's professional, and that was the analysis in the Tidewater. And what is the reason why you delayed? Why you didn't ask for authority to employ when you converted to Chapter 11? Because we were already employed in the Chapter 7 case as counsel to the trustee and did not believe that a supplemental application was necessary. But you now acknowledge that was wrong. I mean, it might be reasonable, but wrong. This is going to the Tidewater factors. Reasonable, but wrong. Thank you, Your Honor. That the U.S. trustee handbook addresses this issue. That argument has not been raised here. Probably not going to trump the statute. Thank you, Your Honor. And more importantly, there was no controlling precedent on this. Mr. David is unequivocal. He's looking to make a bright line rule. And as it relates to bright line rules, I'm running out of time. But I think this Court is well aware of its circumspect approach to bright line rules because the first time you have a bright line rule, a day later you have a set of facts that make that bright line rule look infallible. But you'd agree that if the statute establishes a rule, then we follow the rule, right? I mean, that's not an abuse of discretion question. We might read the statute differently, but if the statute requires certain actions, that's what we have to do. If I may, Your Honor, those actions were taken. They were taken out of time, and that's a no-protest argument. Thank you, Your Honor. Harvey, do you have any further questions? None. I do have this, Counsel. Very briefly, Your Honor. It's not an abuse of discretion issue. It's a pure question of law. The Bankruptcy Code is drafted with clarity. I agree with my colleague on one issue. There's not a case anywhere in this country where a former trustee has been authorized to do anything like what was done in this case. In other words, not a single reported case other than this case below where somebody sought to retain a professional after their office has terminated. I think the reason for that is the lines are bright, that it's easy to follow the rules to get approval before you engage counsel. Counsel, I'm sorry to cut you off on that, because I think I understand the argument about not a case that permits this. In the situation where a trustee hires a law firm to do work before seeking court approval, and then later seeks court approval, and the law firm submits the reimbursement request for services rendered before the court approved the retention. Yes. But it is the current trustee, but it's before the court order. What's the statutory authority that permits that? My understanding is that usually there's lots of things for lawyers to be doing earlier in a case, and so it's 327. But you have to be the trustee when you make that application. Well, but if you look, I mean, you know, but is that, what I'm trying to figure out is this, being transparent, is whether that is statutorily permitted, or is from a technical standpoint, would that be in violation of the statute? Many of us are worried about it, so we hurry in on first day motions. But let's say you don't do it in time. Bankruptcy judges around the country are permitting to be compensated for services. I'm not asking about what's done as a matter of custom. I'm not asking what's done as a matter of fairness. I'm asking if that situation is compliant with the statute. The statute says thou shalt obtain court approval before employing professionals. That's what the statute says. And if? Where does the statute say that? I think it says it in 327A. You may employ one or more attorneys that do not hold an adverse interest to the estate to carry out the trustee's duties. My problem is I don't see the statute speaking with the kind of clarity that you assert. I would agree with you on that one, but what I do say is that nothing can be interpreted to authorize a former trustee to do any of these things. I think the statute is silent on the question. And the question is if the statute is silent on the question, then it becomes a discretionary matter. I don't see if the statute spoke with clarity. That's one thing, but I don't see that clarity. The analogy we gave to the district court the first time when the district court determined it was a clear violation of law to allow the engagement would be if a former president of the United States endeavored to issue a pardon after they were no longer in office. That analogy is not as interesting as the football. I miss Bert Reynolds, by the way. You're saying that, but where is the statutory language? I know what you're saying the statute says, but where is the language? Well, it doesn't say. I don't believe that you can reasonably read into the statute. I don't think the statute permits or forbids. I think the statute. Your response is the Constitution doesn't permit or forbid former presidents from issuing pardons. It just says the president may issue a pardon. Precisely. By that analogy, a former president of the United States could issue pardons today, and I don't think that any of us believe that would be true. So this office, the office of trustee, terminates. 348 says it terminates. When it terminates, it's over, and there's no more power. And I think the guidance from Congress is clear, that if you look at 348 and compare it to 327, the rational conclusion is a former trustee did not have authority to employ counsel, and as harsh as it may be to Mr. King's law firm, that's what the law mandates. Thank you. All right. We will adjourn court for the day after, and then we will come back after we conference, and we'll be happy to take questions from the cadets at that point in time. It shouldn't be too long. And so show us some patience, and we'll be back with you very shortly. Come on up and say hi to me. This honorable court stands adjourned until tomorrow morning. God save the United States and this honorable court.
judges: J. Harvie Wilkinson III, Julius N. Richardson, A. Marvin Quattlebaum Jr.